**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **ED CV 26-1748-JFW(ADS)**                              Date:  July 28, 2026

Title:         Anderson Raul Guzman Blanco -*v*- D. Marin, et al.

---

**PRESENT:**
    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                            **None Present**
   **Courtroom Deputy**                       **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                                    None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER STRIKING APPLICATION FOR TEMPORARY PROTECTIVE ORDER [filed 7/25/26, Docket No. 19]**

       Plaintiff Anderson Raul Guzman Blanco ("Plaintiff") filed a document using a California State Court Judicial Council form. The document does not comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, or the Court's filing requirements.

       Litigants appearing in this Court must comply with the Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court for the Central District of California. State court pleading forms are not authorized for filings in this Court and are not an appropriate vehicle for requesting relief in a federal action.  Because the filing is not in a form recognized by the Federal Rules or this Court's Local Rules, the Court **STRIKES** Docket No. 19.

       This ruling is without prejudice to Plaintiff filing an appropriate document that complies with the  Federal Rules of Civil Procedure, the Local Rules of this Court, and any applicable Court orders.


       IT IS SO ORDERED.