UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON RAUL GUZMAN BLANCO,<br><br>Petitioner,<br><br>v.<br><br>D. MARIN, et al.,<br><br>Respondents. | Case No. 5:26-cv-01748 JFW (ADS)<br><br><br>ORDER ACCEPTING<br>REPORT AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Motion for Temporary Restraining Order, Opposition to the TRO and Petition, and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge, dated August 10, 2026, [Dkt. No. 24].  No objections were filed and the time to do so has passed.

Accordingly, IT IS HEREBY ORDERED:

1.     The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 24], is accepted;

2.      The Petition is granted;

3.      Respondents must immediately release Petitioner Anderson Raul Guzman Blanco (A# 216-375-573); and

4.      Judgment is to be entered accordingly.

DATED:   August 14, 2026      _____

THE HONORABLE JOHN F. WALTER
United States District Judge

2