JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON RAUL GUZMAN BLANCO,<br>Petitioner,<br>v.<br>D. MARIN, et al.,<br>Respondents. | Case No. 5:26-cv-01748 JFW (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the Petition is granted. Respondents must immediately release Petitioner Anderson Raul Guzman Blanco (A# 216-375-573).

DATED: August 14, 2026

THE HONORABLE JOHN F. WALTER
United States District Judge